ACCEPTED
03-14-00402-CR
5146615
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/4/2015 5:26:02 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00402-CR

In the
**COURT OF APPEALS**
For the
**THIRD SUPREME JUDICIAL DISTRICT**
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/4/2015 5:26:02 PM
JEFFREY D. KYLE
Clerk

_____

On Appeal from the 26th Judicial District Court of
Williamson County, Texas
Cause Number 13-0481-K26

_____

**REX ALLEN NISBETT, Appellant**
*v.*
**THE STATE OF TEXAS, Appellee**

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME**

_____

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, Rex Allen Nisbett, Appellant herein, by and through his attorney of record, Kristen Jernigan, and files this, his Motion for Extension of Time. In support of said motion, Appellant would show the Court the following:

1.     Appellant's brief is due in this case on May 4, 2015.

2.     Appellant seeks an extension of sixty days in which to file his brief, making his brief due on or before July 3, 2015.

3.     The undersigned, in the past thirty days, has filed briefs in the Third Court of Appeals in the cases of *Christopher Brian Roberts v. The State of Texas*, No. 03-14-00637-CR; and *Timothy Colt Castleberry v. The State of Texas*, No. 03-14-00599-CR. Additionally, the undersigned filed a brief in the Fourteenth

Court of Appeals in the case of *Joseph Henry Edward Haynes v. The State of Texas*, No. 14-15-00040-CR. The undersigned also filed Petitions for Writ of Habeas Corpus in the cases of *Ex parte Robert Jesse Padilla, Jr.*, No. 06-921-K368 & No. 06-937-K368, in the 368th District Court of Williamson County, Texas. Finally, the undersigned has made numerous Court appearances and has undertaken the tasks associated with the practice of a solo attorney's office.

4. The undersigned has substantially completed the brief in this case and expects to file it within the next five days.

5. The undersigned has filed one previous motion for extension of time in this case.

6. For the reasons set forth above, Appellant respectfully requests that he be granted an extension of sixty days so that his brief in this case will now be due on July 3, 2015.

## **PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully

requests that this Court grant his Motion for Extension of Time.

Respectfully submitted,


_____/s/__Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 452-1382 (fax)
Kristen@txcrimapp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Motion for Extension of Time has been mailed to the Williamson County District Attorney's Office, 405 Martin Luther King, Georgetown, Texas 78626, on May 5, 2015.

__/s/ Kristen Jernigan_____
Kristen Jernigan